UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00242

**Bobby Michael Dennis,**
*Plaintiff,*

v.

**City of Jacksonville, Texas, Municipal Court and Officials et al.,**
*Defendants.*

# ORDER

Plaintiff Bobby Michael Dennis filed this action seeking injunctive relief. Doc. 1. The case was referred to a magistrate judge, who issued a report and recommendation. Doc. 8. The magistrate judge recommended that the complaint be dismissed without prejudice for failure to prosecute. *Id.* at 1. Plaintiff acknowledged receipt of that order but did not file written objections. *See* Doc. 9. When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The case is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Any pending motion is denied as moot.

*So ordered by the court on October 22, 2025.*

J. CAMPBELL BARKER
United States District Judge